**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | A03-096 CR (RRB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Michael Lee Beckman | WRIT OF GARNISHMENT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501    Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED MAR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for ths writ package.

Signature of Attorney or other Originator requesting service on behalf of: Richard L. Pomeroy, A.U.S.A.    ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-5071
DATE: 4/8/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | AMK | 4-8-05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4-8-05   Time: 2:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | | | - | |

REMARKS: Returned 3-2-06 No funds

2005 APR -8 PM 12:25
U.S. MARSHALS SERVICE
ALASKA
RECEIVED

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

qryG0137

| Year | Case | Status |
|---|---|---|
| 2005 | A01108CR | P |
| 2005 | F93035CRJWS | P |
| 2005 | A01022MI | P |
| 2005 | A01143CRJWS | P |
| 2005 | A0123CR | P |
| 2005 | A0352CR | D |
| 2005 | A98182CRJWS | D |
| 2005 | A92362CV | D |
| 2005 | A88389CIV | D |
| 2005 | F02002CR | D |
| 2005 | A01035CR | D |
| 2005 | J0415CI | D |
| 2005 | A03181CV | D |
| 2005 | A02053CR | D |
| 2005 | A04046CV | D |
| 2005 | A01048CRJWS | D |
| 2005 | A01083CV | D |
| 2005 | A01177CR | D |
| 2005 | A0111CR | D |
| 2005 | A99093CR | D |
| 2005 | A02041CR | D |
| 2005 | A95468CV | D |
| 2005 | J03014CR | D |
| 2005 | A0384CR | D |
| 2005 | A01071CR | D |
| 2005 | A98104CV | D |
| 2005 | A035CR | D |
| 2005 | A0289CR | D |
| 2005 | F911223CR | D |
| 2005 | A98105CR | D |
| 2005 | A0388CR | D |
| 2005 | A04027CV | D |
| 2005 | A00069CR | D |
| 2005 | A99553CV | D |
| 2005 | A0429MI | D |
| 2005 | A97423CV | D |
| 2005 | K01003CR | D |
| 2005 | A98018CR | D |
| 2005 | A99130CR | D |
| 2005 | A98040CV | D |
| 2005 | A980121CR | D |
| 2005 | A03088CR | D |
| 2005 | A980531CR | D |
| 2005 | F95037CR | D |
| 2005 | A02112CR | D |
| 2005 | A03096CR | D |
| 2005 | A97375CV | D |
| 2005 | A0229CR | D |
| 2005 | A9325MISC | D |
| 2005 | A99130CR | D |
| 2005 | A98137CR | Released |
| 2005 | A99519CV | Denied |

Page 3

## NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

To: State of Alaska
    Department of Revenue
    Permanent Fund Dividend Division

From: United States Marshals
    222 W. 7th Avenue, #28
    Anchorage, AK 99513-7504
    Phone (907) 271-5154

*- For PFD Division Use Only -*
*PFD Server Code*

Loca

Priori

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** A03-096 CR (RRB)
Criminal Fine or Restitution (100% of PFD attachable)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** MICHAEL LEE BECKMAN

**AKA or Alias:**

**Social Security Number:**

**Date of Birth:**

**Amount of Writ** $647.97

**Service Fee** $

**Interest to October 15** $ n/a

**Total Due** $ 647.97

Service Agent

| Signature | Date |
|---|---|
| [signature] | APR 0 8 2005 |
| Printed Name | Title USM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

2005 APR -8 PM 12: 23

LODGED

APR 0 1 2005

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A03-096 CR(RRB) |
| Plaintiff, | ) | |
| vs. | ) | WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND |
| MICHAEL LEE BECKMAN, | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On December 5, 2003, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against MICHAEL LEE BECKMAN as judgment debtor, for

$0.00      criminal fines

$402.97    restitution

$200.00    special assessments

$602.97    JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$0.00      late-payment penalties per 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612

$0.00      accrued interest, and

$45.00     accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$0.00      which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$647.97   ACTUALLY DUE on March 28, 2005, of which $602.97 is due on the judgment as entered and bears no interest.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this _____ day of April, 2005 at Anchorage, Alaska.

                              IDA ROMACK
                              Clerk of Court

                    By: _____
                          Deputy Clerk